IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA J. DUKE, Executrix of ) <br> The Estate of Thelma Edgar, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATRIA, INC., ) <br> ) <br> Defendant. ) | 2:03-CV-00934-DRB <br> [WO] |

## FINAL JUDGMENT

In accordance with the *Memorandum Opinion and Order on Motion for Summary Judgment* granting the Defendant's motion on all claims, it is the **ORDER, JUDGMENT, and DECREE** of this Court that:

1. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is hereby entered in favor of the Defendant, Atria, Inc. and against the Plaintiff, Barbara J. Duke, Executrix of The Estate of Thelma Edgar.

2. Costs are hereby taxed against the Plaintiff, Barbara J. Duke, Executrix of The Estate of Thelma Edgar.

3. This action is dismissed with prejudice.

Done this 27th day of June, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE