IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA J. DUKE, Executrix of<br>The Estate of Thelma Edgar,<br><br>    Plaintiff,<br><br>v.<br><br>ATRIA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  2:03-CV-00934-DRB<br>)  [WO]<br>)<br>)<br>) |

### ORDER ON MOTIONS

Pursuant to the Memorandum Opinions, Orders and Final Judgment entered today, it is

**ORDERED** that the following motions filed June 26, 2005, by Defendant Atria, Inc., are each **DENIED as moot**:

  *Motion to Extend...*   (Doc. 99)
  *Motion in Limine Regarding Abrogation...*   (Doc. 102)
  *Motion in Limine Regarding AMLA...*   (Doc. 103)

It is further **ORDERED** that all pending deadlines, the pre-trial conference on July 11, 2005, and the jury trial on August 8, 2005, are hereby cancelled

Done this 27th day of June, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE